UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                               ) BK No.:  18-04679
Jennifer A. Jackson                                  )
                                                     )
                                                     ) Chapter: 13
                                                     )
                                                     ) Honorable Timothy Barnes
                                                     )
                                                     )
            Debtor(s)                                )

## Order Modifying Plan

This matter coming before the Court on the Chapter 13 Trustee's Motion to Modify Plan under 11 U.S.C. section 1329;

IT IS HEREBY ORDERED:

(1) The confirmed plan is amended to pay unsecured creditors not less than 100% of their claims; and

(2) Plan payments are increased to $818.00 per month

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 05, 2021

**Prepared by:**

Office of the Chapter 13 Trustee
224 S. Michigan Ave., Suite 800
Chicago, IL 60604
(312) 431-1300